AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

IVANICE SILVA

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1036-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___IVANICE SILVA___
Name

and bring ~~him or~~ her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging ~~him or~~ her with (brief description of offense)

knowingly obtaining, accepting or receiving forged, counterfeit, altered or falsely made immigration documents; knowingly possessing an identification document or authentification feature of the United States that was stolen or produced without legal authority; and conspiring to commit those offenses

in violation of Title ___ United States Code, Section(s) 1546(a), 1028(a)(6) and (f), 371

JUDITH G. DEIN
Name of Issuing Officer

_Judith Gail Dein_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2/16/05   Boston, MA
Date and Location

RECEIVED
2005 FEB 16  P 4:
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/17/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.