# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                              MAGISTRATE JUDGE'S DOCKET
                                        NO. 05-M-1036JGD

IVANICE SILVA,
      Defendant.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

      The defendant appeared with counsel on February 23, 2005. At that time, after being fully informed of her rights, the defendant waived her right to a preliminary examination pursuant to Rule 5.1, Fed.R. Crim. P.

      Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and she hereby is, held to answer in the District Court.

      Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  February 23, 2005.