AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

IVANICE SILVA

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05m 01036 JGD

I, IVANICE SILVA, charged in a ☒ complaint ☐ petition pending in this District charging her with Conspiracy + receiving false Immigration documents

in violation of  18 , U.S.C. § 1546(a), 1028(a)(6) +((1), 371

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_____
Defendant

_____    _____
Date                                                           Counsel for Defendant  JW Carney Jr